Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−11639−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alejandro Edwards Presa | Maria D Guerra |
| 40−15 Marie Court | 40−15 Marie Court |
| Fair Lawn, NJ 07410 | Fair Lawn, NJ 07410 |

Social Security No.:
  xxx−xx−1871                                             xxx−xx−0812

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/17 at 10:00 AM

to consider and act upon the following:

*25* – Motion to Sell Property Free and Clear of Liens under Section 363(f).Property for sale: 156 Corabelle Avenue, Lodi, New Jersey.. Fee Amount $181. Filed by Eric R. Perkins on behalf of Eric R. Perkins. Hearing scheduled for 7/18/2017 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Application # 2 Exhibit A to Application # 3 Proposed Order) (Perkins, Eric)

Dated: 9/11/17

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court