Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−11639−RG  
Chapter: 7  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alejandro Edwards Presa  
40−15 Marie Court  
Fair Lawn, NJ 07410

Maria D Guerra  
40−15 Marie Court  
Fair Lawn, NJ 07410

Social Security No.:  
xxx−xx−1871

xxx−xx−0812

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/17 at 10:00 AM

to consider and act upon the following:

*25* − Motion to Sell Property Free and Clear of Liens under Section 363(f).Property for sale: 156 Corabelle Avenue, Lodi, New Jersey.. Fee Amount $181. Filed by Eric R. Perkins on behalf of Eric R. Perkins. Hearing scheduled for 7/18/2017 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Application # 2 Exhibit A to Application # 3 Proposed Order) (Perkins, Eric)

Dated: 9/11/17

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-11639-RG
Alejandro Edwards Presa                                               Chapter 7
Maria D Guerra
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 11, 2017
                    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db/jdb        +Alejandro Edwards Presa,   Maria D Guerra,   40-15 Marie Court,   Fair Lawn, NJ 07410-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
          Aileen   Perez    on behalf of Debtor Alejandro Edwards Presa aperezesq@yahoo.com
          Aileen   Perez    on behalf of Joint Debtor Maria D Guerra aperezesq@yahoo.com
          Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          Rick Aaron Steinberg    on behalf of Interested Party    Chapter Investors, LLC
           rsteinberg@pricemeese.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 7