Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 17−11639−RG
            Chapter: 7
            Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alejandro Edwards Presa                Maria D Guerra
   40−15 Marie Court                       40−15 Marie Court
   Fair Lawn, NJ 07410                    Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−1871                              xxx−xx−0812

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     8/14/18
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
McElroy Deutsch Mulvaney & Carpenter LLP, Trustee's Attorney,

COMMISSION OR FEES
period: 3/21/2017 to 6/5/2018, fee: $6,417.50,

EXPENSES
$274.44

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 16, 2018
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 17-11639-RG
Alejandro Edwards Presa                                              Chapter 7
Maria D Guerra
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Jul 16, 2018
                              Form ID: 137                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db/jdb         #+Alejandro Edwards Presa,    Maria D Guerra,    40-15 Marie Court,    Fair Lawn, NJ 07410-5108
aty             +McElroy Deutsch Mulvaney & Carpenter LLP,     40 W. Ridgewood Avenue,    Ridgewood, NJ 07450-3136
516614263      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
516614266       +Blmdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
516614267       +Bluegreen Corp,    4960 Conference Way N #,    Boca Raton, FL 33431-4413
516614268       +Cap One,   Po Box 19360,    Portland, OR 97280-0360
516614269       +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
516614271       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
516614275       +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
516614276       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516614277       +Everhome Mortgage Co,    301 W Bay St,    Jacksonville, FL 32202-5103
516614278       +Exquisite Hm,   622 Bloomfield Ave,    Bloomfield, NJ 07003-2521
516614280       +Hsbc Bank,   Po Box 9,    Buffalo, NY 14240-0009
516614282       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516614290       +Mandees,   401 Hackensack Ave,    Hackensack, NJ 07601-6411
516614291       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
516614296      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
516614308       +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
516614313      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701)
516614309       +Wachrl,   Po Box 3117,    Winston Salem, NC 27102-3117
516614311       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
516614312       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
516614314       +Wf/Wb,   Po Box 3117,    Winston Salem, NC 27102-3117
516614315       +Wfm/Wbm,   3480 Stateview Blvd Bldg,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 22:25:50      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 22:25:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516614262       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 16 2018 22:25:53      American Honda Finance,
                 600 Kelly Way,   Holyoke, MA 01040
516836445      +E-mail/Text: bankruptcy@cavps.com Jul 16 2018 22:25:54      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516614284      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2018 22:25:38      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516614287      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2018 22:38:03      Lvnv Funding Llc,
                 Po Box 10497,   Greenville, SC 29603-0497
516614288       E-mail/Text: camanagement@mtb.com Jul 16 2018 22:25:43      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
516870368      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 16 2018 22:25:49      MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
516614293      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 16 2018 22:25:49      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516614299      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 22:38:01      Syncb/Electronics Expo,
                 C/O Po Box 965036,   Orlando, FL 32896-0001
516614300      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 22:37:40      Syncb/Gap,   Po Box 965005,
                 Orlando, FL 32896-5005
516614301      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 22:37:50      Syncb/Home Design Furn,
                 Po Box 965036,   Orlando, FL 32896-5036
516614302      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 22:37:51      Syncb/Jc Penney Dc,
                 Po Box 965007,   Orlando, FL 32896-5007
516614303      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 22:37:41      Syncb/Jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
516614305      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 22:37:51      Syncb/Lord & Tay,   Po Box 965015,
                 Orlando, FL 32896-5015
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516614283        JP Morgan Chase
516614289        M and T Bank
```

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Jul 16, 2018
                               Form ID: 137                Total Noticed: 39

516614264*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
516614265*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
516614270*      +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
516614272*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516614273*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516614274*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516614279*      +Exquisite Hm,    622 Bloomfield Ave,    Bloomfield, NJ 07003-2521
516614281*      +Hsbc Bank,    Po Box 9,   Buffalo, NY 14240-0009
516614286*      +Lord&Taylor,    P.O. Box 1628,    Maryland Heigh, MO 63043-0628
516614292*      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
516614294*      +Midland Funding,    2365 Northside Dr Ste 30,     San Diego, CA 92108-2709
516614295*      +Midland Funding,    2365 Northside Dr Ste 30,     San Diego, CA 92108-2709
516614297*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti Lt,      2901 Kinwest Pkwy,    Irving, TX 75063)
516614304*      +Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
516614306*      +Syncb/Lord & Tay,    Po Box 965015,    Orlando, FL 32896-5015
516614307*      +Syncb/Lord & Tay,    Po Box 965015,    Orlando, FL 32896-5015
516614310*      +Wachrl,    Po Box 3117,    Winston Salem, NC 27102-3117
516614316*      +Wfm/Wbm,    3480 Stateview Blvd Bldg,    Fort Mill, SC 29715-7203
516614285     ##+Lord&Taylor,    P.O. Box 1628,    Maryland Heigh, MO 63043-0628
516614298     ##+Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1052
                                                                                         TOTALS: 2, * 18, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
         Aileen  Perez    on behalf of Debtor Alejandro Edwards Presa aperezesq@yahoo.com,
          aperezesq@yahoo.com
         Aileen  Perez    on behalf of Joint Debtor Maria D Guerra aperezesq@yahoo.com,   aperezesq@yahoo.com
         Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Eric R. Perkins    on behalf of Attorney   McElroy Deutsch Mulvaney & Carpenter LLP
           eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
          gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
         Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
          gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
         Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
          nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
         Rick Aaron Steinberg    on behalf of Interested Party   Chapter Investors, LLC
          rsteinberg@pricemeese.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         Virginia T. Shea   on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
          tcolombini@mdmc-law.com;mtaranto@mdmc-law.com
                                                                                              TOTAL: 9
```