UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Bayview Loan Servicing, LLC

In Re:
    Guerra, Maria D. Presa, Alejandro Edwards

Order Filed on August 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    17-11639 RG

Hearing Date:  8/7/18

Judge:  ROSEMARY GAMBARDELLA

Recommended Local Form:   ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of <u>Bayview Loan Servicing, LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

   **Land and premises commonly known as Lot , Block ,   156 Corabelle Ave, Lodi NJ 07644**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Alejandro Edwards Presa  
Maria D Guerra  
    Debtors

Case No. 17-11639-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 10, 2018  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.  
db/jdb        #+Alejandro Edwards Presa,   Maria D Guerra,   40-15 Marie Court,   Fair Lawn, NJ 07410-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:

      Aileen   Perez    on behalf of Debtor Alejandro Edwards Presa aperezesq@yahoo.com, aperezesq@yahoo.com  
      Aileen   Perez    on behalf of Joint Debtor Maria D Guerra aperezesq@yahoo.com,  aperezesq@yahoo.com  
      Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,  slahr@mdmc-law.com, nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
      Eric R. Perkins    on behalf of Attorney    McElroy Deutsch Mulvaney & Carpenter LLP eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
      Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
      Rick Aaron Steinberg    on behalf of Interested Party    Chapter Investors, LLC rsteinberg@pricemeese.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com, tcolombini@mdmc-law.com;mtaranto@mdmc-law.com

                                                                                                              TOTAL: 9