**FILED**
JEANNE A. NAUGHTON, CLERK
AUG 15 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
Michael G. Keating, Esq.
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone: (201) 445-6722
Facsimile: (201) 445-5376
E-Mail: mkeating@mdmc-law.com
*Counsel to the Chapter 7 Trustee, Eric R. Perkins*

In re:

ALEJANDRO E. PRESA AND MARIA D. GUERRA,

Debtors.

Chapter 7

Case No. 17-11639 (RG)

Honorable Rosemary Gambardella, U.S.B.J.

Hearing Date: August 14, 2018 at 10:00 a.m.

**ORDER ALLOWING FIRST AND FINAL COMPENSATION TO
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
FOR CHAPTER 7 SERVICES FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

8-15-18      /s/ Rosemary Gambardella
             USBJ

| | |
|---|---|
| Debtors: | Alejandro Edwards Presa and Maria D. Guerra |
| Case No. | 17-11639 (RG) |
| Caption of Order: | Order Allowing First and Final Compensation to McElroy, Deutsch, Mulvaney & Carpenter, LLP for Chapter 7 Services for Chapter 7 Trustee |

**THIS MATTER** having been presented to the Court upon the Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the Debtors herein, for a first and final allowance of compensation for the period of time from March 21, 2017 through June 5, 2018, for Chapter 7 services performed to the Chapter 7 Trustee, and the Court having reviewed said Application; and for good cause shown; it is hereby

**ORDERED** that McElroy, Deutsch, Mulvaney & Carpenter, LLC be, and is hereby, allowed the sum of $6,417.50 representing first and final compensation for professional fees and $274.44 representing first and final out-of-pocket disbursements, for a total of $6,691.94.

2