|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**McELROY, DEUTSCH, MULVANEY, &**<br>**CARPENTER, LLP**<br>Michael G. Keating, Esq.<br>40 West Ridgewood Avenue<br>Ridgewood, New Jersey 07450<br>Telephone: (201) 445-6722<br>Facsimile: (201) 445-5376<br>E-Mail: mkeating@mdmc-law.com<br>*Counsel to the Chapter 7 Trustee, Eric R. Perkins* | FILED<br>JEANNE A. NAUGHTON, CLERK<br>AUG 15 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____DEPUTY |
| In re:<br><br>ALEJANDRO E. PRESA AND MARIA D. GUERRA,<br><br>Debtors. | Chapter 7<br><br>Case No. 17-11639 (RG)<br><br>Honorable Rosemary Gambardella, U.S.B.J.<br><br>Hearing Date: August 14, 2018 at 10:00 a.m. |

**ORDER ALLOWING FIRST AND FINAL COMPENSATION TO**
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
**FOR CHAPTER 7 SERVICES FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

8-15-18     _____
             USBJ

| | |
|---|---|
| Debtors: | Alejandro Edwards Presa and Maria D. Guerra |
| Case No. | 17-11639 (RG) |
| Caption of Order: | Order Allowing First and Final Compensation to McElroy, Deutsch, Mulvaney & Carpenter, LLP for Chapter 7 Services for Chapter 7 Trustee |

**THIS MATTER** having been presented to the Court upon the Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the Debtors herein, for a first and final allowance of compensation for the period of time from March 21, 2017 through June 5, 2018, for Chapter 7 services performed to the Chapter 7 Trustee, and the Court having reviewed said Application; and for good cause shown; it is hereby

**ORDERED** that McElroy, Deutsch, Mulvaney & Carpenter, LLC be, and is hereby, allowed the sum of $6,417.50 representing first and final compensation for professional fees and $274.44 representing first and final out-of-pocket disbursements, for a total of $6,691.94.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Alejandro Edwards Presa  
Maria D Guerra  
    Debtors

Case No. 17-11639-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.  
db/jdb     #+Alejandro Edwards Presa,   Maria D Guerra,   40-15 Marie Court,   Fair Lawn, NJ 07410-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:  
       Aileen Perez    on behalf of Debtor Alejandro Edwards Presa aperezesq@yahoo.com, aperezesq@yahoo.com  
       Aileen Perez    on behalf of Joint Debtor Maria D Guerra aperezesq@yahoo.com, aperezesq@yahoo.com  
       Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
       Eric R. Perkins    on behalf of Attorney    McElroy Deutsch Mulvaney & Carpenter LLP eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
       Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com  
       Rick Aaron Steinberg    on behalf of Interested Party    Chapter Investors, LLC rsteinberg@pricemeese.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com, tcolombini@mdmc-law.com;mtaranto@mdmc-law.com  
                                                          TOTAL: 9