Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  17–11639–RG
                    Chapter:  7
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alejandro Edwards Presa                    Maria D Guerra
   40–15 Marie Court                             40–15 Marie Court
   Fair Lawn, NJ 07410                       Fair Lawn, NJ 07410

Social Security No.:
   xxx–xx–1871                                       xxx–xx–0812

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Rosemary Gambardella on:

DATE:               October 30, 2018
TIME:               10:00 AM
LOCATION:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $7,000.00
TOTAL DISBURSEMENTS:  $73.86
BALANCE ON HAND:       $6,926.14

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Eric R. Perkins, trustee

COMMISSION OR FEES
$0.80

EXPENSES
$1,450.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: September 26, 2018
JAN: nds

                                                                   Jeanne Naughton
                                                                   Clerk

Case 17-11639-RG    Doc 52    Filed 09/28/18    Entered 09/29/18 00:39:44    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-11639-RG
Alejandro Edwards Presa                                         Chapter 7
Maria D Guerra
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 26, 2018
                              Form ID: 192             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
```
db/jdb         #+Alejandro Edwards Presa,    Maria D Guerra,    40-15 Marie Court,    Fair Lawn, NJ 07410-5108
aty             +McElroy Deutsch Mulvaney & Carpenter LLP,    40 W. Ridgewood Avenue,    Ridgewood, NJ 07450-3136
516614263      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516614266       +Blmdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
516614267       +Bluegreen Corp,   4960 Conference Way N #,    Boca Raton, FL 33431-4413
516614268       +Cap One,   Po Box 19360,    Portland, OR 97280-0360
516614269       +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
516614271       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
516614275       +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
516614276       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516614277       +Everhome Mortgage Co,    301 W Bay St,    Jacksonville, FL 32202-5103
516614278       +Exquisite Hm,   622 Bloomfield Ave,    Bloomfield, NJ 07003-2521
516614280       +Hsbc Bank,   Po Box 9,    Buffalo, NY 14240-0009
516614282       +I C System Inc,   Po Box 64378,    Saint Paul, MN 55164-0378
516614290       +Mandees,   401 Hackensack Ave,    Hackensack, NJ 07601-6411
516614291       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
516614296      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissan-Infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
516614308       +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
516614313      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
516614309       +Wachrl,   Po Box 3117,    Winston Salem, NC 27102-3117
516614311       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
516614312       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
516614314       +Wf/Wb,   Po Box 3117,    Winston Salem, NC 27102-3117
516614315       +Wfm/Wbm,   3480 Stateview Blvd Bldg,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516614262       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 27 2018 00:30:09     American Honda Finance,
                 600 Kelly Way,   Holyoke, MA 01040
516614267      +E-mail/Text: Bankruptcy.Processing@bluegreenvacations.com Sep 27 2018 00:29:04
                 Bluegreen Corp,   4960 Conference Way N #,   Boca Raton, FL 33431-4413
516836445      +E-mail/Text: bankruptcy@cavps.com Sep 27 2018 00:30:20      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516614284      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 27 2018 00:29:14     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516614287      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 00:33:15      Lvnv Funding Llc,
                 Po Box 10497,   Greenville, SC 29603-0497
516614288       E-mail/Text: camanagement@mtb.com Sep 27 2018 00:29:38     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
516870368      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2018 00:29:56      MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
516614293      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2018 00:29:56      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516614299      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:04     Syncb/Electronics Expo,
                 C/O Po Box 965036,    Orlando, FL 32896-0001
516614300      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:55     Syncb/Gap,   Po Box 965005,
                 Orlando, FL 32896-5005
516614301      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:34:25     Syncb/Home Design Furn,
                 Po Box 965036,   Orlando, FL 32896-5036
516614302      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:55     Syncb/Jc Penney Dc,
                 Po Box 965007,   Orlando, FL 32896-5007
516614303      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:54     Syncb/Jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
516614305      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:54     Syncb/Lord & Tay,   Po Box 965015,
                 Orlando, FL 32896-5015
                                                                                               TOTAL: 16
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516614283       JP Morgan Chase
516614289       M and T Bank
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: 192             Total Noticed: 39

516614264*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516614265*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516614270*      +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
516614272*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516614273*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516614274*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516614279*      +Exquisite Hm,    622 Bloomfield Ave,    Bloomfield, NJ 07003-2521
516614281*      +Hsbc Bank,    Po Box 9,   Buffalo, NY 14240-0009
516614286*      +Lord&Taylor,    P.O. Box 1628,    Maryland Heigh, MO 63043-0628
516614292*      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
516614294*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516614295*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516614297*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
516614304*      +Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
516614306*      +Syncb/Lord & Tay,    Po Box 965015,    Orlando, FL 32896-5015
516614307*      +Syncb/Lord & Tay,    Po Box 965015,    Orlando, FL 32896-5015
516614310*      +Wachrl,   Po Box 3117,    Winston Salem, NC 27102-3117
516614316*      +Wfm/Wbm,    3480 Stateview Blvd Bldg,    Fort Mill, SC 29715-7203
516614285     ##+Lord&Taylor,    P.O. Box 1628,    Maryland Heigh, MO 63043-0628
516614298     ##+Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1052
                                                                               TOTALS: 2, * 18, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
          Aileen Perez    on behalf of Debtor Alejandro Edwards Presa aperezesq@yahoo.com,
           aperezesq@yahoo.com
          Aileen Perez    on behalf of Joint Debtor Maria D Guerra aperezesq@yahoo.com,   aperezesq@yahoo.com
          Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric R. Perkins    on behalf of Attorney   McElroy Deutsch Mulvaney & Carpenter LLP
            eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Rick Aaron Steinberg    on behalf of Interested Party   Chapter Investors, LLC
           rsteinberg@pricemeese.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
           tcolombini@mdmc-law.com;mtaranto@mdmc-law.com
                                                                                            TOTAL: 9
```