| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> Eric R. Perkins <br> 40 W. Ridgewood Ave. <br> Ridgewood, NJ 07450 <br> Chapter 7 Trustee |
| In Re: <br> Presa, Alejandro Edwards & Guerra, Maria D <br><br> Debtors |

**Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-11639-RG

Judge: Rosemary Gambardella

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

---
Honorable Rosemary Gambardella
United States Bankruptcy Court

**DATED: November 9, 2018**

*Honorable Rosemary Gambardella
United States Bankruptcy Judge*

Page 2
Debtor: Presa, Alejandro Edwards & Guerra, Maria D
Case No.: 17-11639-RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

_____

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,450.00 is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.80 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.