| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Eric R. Perkins<br>40 W. Ridgewood Ave.<br>Ridgewood, NJ 07450<br>Chapter 7 Trustee |

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br>Presa, Alejandro Edwards & Guerra, Maria D<br><br>Debtors | Case No.: 17-11639-RG<br><br>Judge: Rosemary Gambardella |
|---|---|

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

_____
Honorable Rosemary Gambardella
United States Bankruptcy Court

**DATED: November 9, 2018**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

Page 2
Debtor: Presa, Alejandro Edwards & Guerra, Maria D
Case No.: 17-11639-RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

_____

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,450.00 is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.80 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-11639-RG
Alejandro Edwards Presa                                                 Chapter 7
Maria D Guerra
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 13, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db/jdb         #+Alejandro Presa,    Maria D Guerra,    40-15 Marie Court,    Fair Lawn, NJ 07410-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Aileen   Perez    on behalf of Debtor Alejandro Edwards Presa aperezesq@yahoo.com,
               aperezesq@yahoo.com
              Aileen   Perez    on behalf of Joint Debtor Maria D Guerra aperezesq@yahoo.com,   aperezesq@yahoo.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,    nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Eric Raymond Perkins    on behalf of Attorney    McElroy Deutsch Mulvaney & Carpenter LLP
               eperkins@mdmc-law.com,    nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Rick Aaron Steinberg    on behalf of Interested Party    Chapter Investors, LLC
               rsteinberg@pricemeese.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
               tcolombini@mdmc-law.com;mtaranto@mdmc-law.com
                                                                                             TOTAL: 9